## IN THE UNITED STATES DISTRICT
## COURT FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| Neil Carver, individually and on behalf of all those similarly situated | § § § | |
| Plaintiff, | § | |
| | § | Civil Action Number: 3:16-cv-02140-K |
| v. | § § | |
| TBS Garage Doors Inc. and Peter Kohut, | § § | Jury Demanded |
| Defendants | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF
## DEFENDANTS TBS GARAGE DOORS INC. AND PETER KOHUT

Neil Carver, Ruby Guereca, Brandon Camp, Julio Gomez, Benjamin Gonzalez, Jr., and Jonathan Chacon (**"Plaintiffs"**) and TBS Garage Doors, Inc. (**"TBS"**) and Peter Kohut (**"Kohut"**) (TBS and Kohut collectively, **"Defendants"**), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of all claims against TBS and Kohut with prejudice.

Respectfully submitted:

By:      */s/ Chris R. Miltenberger*
             Chris R. Miltenberger
             Texas State Bar Number 14171200

The Law Office of Chris R. Miltenberger, PLLC
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Attorney for Plaintiff


- and -

By:      */s/ John B. Brown*
             John B. Brown

             Texas State Bar Number 00793412
             Attorney in Charge

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 987-3800
Facsimile: (214) 987-3927
john.brown@ogletreedeakins.com


Attorneys for Defendants

**Certificate of Service**

I certify that on April 10, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record, who have consented in writing to accept this "Notice" as service of this document by electronic means.

By:    */s/ Chris R. Miltenberger*
              Chris R. Miltenberger